IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Janet Howell, | ) | Civil No. 19-00347 HG-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BMW Germany; BMW NHTSA WI; | ) | |
| Pentagon Car Sales; BMW HI; | ) | |
| Natex for Amsto; TK Holdings | ) | |
| Inc.; Eliza Amoguis; Legal | ) | |
| Shield; Ben Martin; Benson | ) | |
| Law Firm; Atty Sloan; Sneider | ) | |
| Corporation; The Rickel Law | ) | |
| Firm, P.C., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE (ECF No. 29)

Findings and Recommendation were filed on May 7, 2020, and served on Plaintiff on May 8, 2020. The deadline to file objections to the Findings and Recommendation was May 26, 2020. On May 26, 2020, Plaintiff filed two documents. One document is titled "MOTION/ACTION: TO RE-APPEAL..." (ECF No. 33). The other document is titled "MOTION/ACTION: IF POSSIBLE TO RE-SCHEDULE THE RULE 16 CONFERENCE..." (ECF No. 35). Both filings are largely indecipherable and neither raise issues relevant to the Court's ruling on Magistrate Judge Mansfield's Findings and Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation To Dismiss Case For Failure to

1

Prosecute are adopted as the opinion and order of this Court and the case is **DISMISSED** without prejudice.

IT IS SO ORDERED.

DATED: May 29, 2020, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Janet Howell v. BMW Germany; BMW NHTSA WI; Pentagon Car Sales; BMW HI; Natex for Amsto; TK Holdings Inc.; Eliza Amoguis; Legal Shield; Ben Martin; Benson Law Firm; Atty Sloan; Sneider Corporation; The Rickel Law Firm, P.C.; Civil No. 19-00347 HG-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE (ECF No. 29)**